IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE RAUL MATA,

        Petitioner.

_____/

No. C 12-5852 CW (PR)

ORDER DIRECTING PETITIONER TO FILE COMPLETED HABEAS PETITION FORM AND IN FORMA PAUPERIS APPLICATION

    This habeas case was opened on November 13, 2012, when the Clerk of the Court received from Petitioner, a state prisoner, a letter and two motions. Docket nos. 1-4. Each motion is captioned as a "Motion for Equitable Tolling." Docket nos. 2, 3. Although Petitioner appears to be asking the Court to allow him to proceed with a habeas petition that he was not able to file timely, none of the documents provides any information about the state conviction he seeks to challenge in federal court. Based on this lack of information, the Court is unable to evaluate the merit of Petitioner's motions. Further, Petitioner has not paid the $5.00 filing fee for a habeas petition or, alternatively, submitted an application seeking leave to proceed in forma pauperis (IFP), which he must do before the case can proceed.

    Accordingly, the Court orders as follows:

    1. No later than thirty (30) days from the date of this Order, Petitioner shall file with the Court a completed 28 U.S.C. § 2254 habeas petition form, a copy of which is being provided to Petitioner with this Order. On the first page of the form he must write in the correct caption and case number for this action, C 12-5852 CW (PR).

2.  No later than thirty (30) days from the date of this Order, Petitioner either shall pay the $5.00 filing fee or shall file with the Court a completed IFP application, a copy of which is being provided to Petitioner with this Order.  On the first page of the form he must write in the correct caption and case number for this action, C 12-5852 CW (PR).

3.  <u>If Petitioner fails to comply with this Order, the case will be dismissed without prejudice for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.</u>

4.  The Clerk shall send Petitioner a blank § 2254 habeas petition form and a blank prisoner IFP application.

IT IS SO ORDERED.

Dated: 12/3/2012

CLAUDIA WILKEN
United States District Judge

2